MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

DAMALI A. TAYLOR (CABN 262489)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: damali.taylor@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 3-12-0053 CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND DOCUMENTING EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) | |
| SHERMAN HARRIS, | ) | |
| Defendant. | ) | |
| | ) | |

      The parties appeared before the Court in this matter on March 7, 2012 for an initial status conference. Assistant United States Attorney Damali Taylor appeared on behalf of the United States. Ronald Tyler, Assistant Federal Public Defender, appeared on behalf of the defendant, SHERMAN HARRIS, who was present and out of custody.

      During the March 7, 2012 hearing, a date of April 11, 2012 was set for further status conference. Because new defense counsel will be appointed in this matter, the parties request that the hearing date be moved from April 11, 2012 at 2:00 p.m. to June 6, 2012 at 2:00 p.m. for status conference. The parties further request that, for purposes of continuity of counsel and effective preparation of counsel, time be excluded under the Speedy Trial Act between April 11, 2012 and June 6, 2012. The parties believe that exclusion of time is appropriate and agree that

STIPULATION & [PROPOSED] ORDER
CR 3-12-0053 CRB

1  such an exclusion of time is in the best interests of the defendant.  The parties agree that the ends
2  of justice served by granting such an exclusion of time outweigh the best interests of the public
3  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

5  SO STIPULATED:

   MELINDA HAAG
   United States Attorney

   DATED: April 4, 2012                          /s/
   DAMALI A. TAYLOR
   Assistant United States Attorney

   DATED: April 4, 2012                          /s/
   RONALD TYLER
   Counsel for the Defendant

STIPULATION & [~~PROPOSED~~] ORDER
CR 3-12-0053 CRB                              2

|   |   |
|---|---|
| 1 | [PROPOSED] ORDER |

For the foregoing reasons, the Court HEREBY ORDERS that the matter be continued from April 11, 2012 to June 6, 2012, at 2:00 p.m. for a status conference before the Honorable Charles R. Breyer.  The Court finds that the failure to grant the requested extension would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice served by granting the requested extension outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The Court also concludes that an exclusion of time from April 11, 2012 and June 6, 2012, should be made under Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).  The Court also finds that the ends of justice served by excluding the period from April 11, 2012 and June 6, 2012, outweigh the best interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:  4/6/12

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIPULATION & [PROPOSED] ORDER
CR 3-12-0053 CRB                                           3